NJ(9)

United States District Court
Eastern District of Wisconsin

Edith Mae May,
Plaintiff.

v.

City of Kenosha, Kenosha Police Department, Department of Corrections, Probation and Parole Department, Charles Sosinski (Plaintiff's Probation Officer), Kenosha Chief of Police (John/Jane Doe), Kenosha Police officers and Detectives (John/Jane Doe(s)) (Present at Arrest/Interrogation and at time of Attempted Suicide in Holding cell) Besides Officers listed Below and Detectives listed Below, Sergeant Reusellman, Police Officer Vicketts #____, Police Officer Nrenz #____, Detective Weenke #____, Detective Buchanan #____, Kenosha Law Enforcement officers: Defendents.
Detainees/Plaintiff's Claims of ~~Hustrated~~ conditions of Confinement

Case # 20-C-1721

U.S. District Court
Wisconsin Eastern
NOV 16 2020
FILED
Clerk of Court

1. Failure to protect detainee while she attempted Suicide.
2. Failure to intervene while detainee attempted Suicide.
3. Failure to act while detainee attempted Suicide
4. Failure to bring detainee before a magistrate for initial appearance for 30 days, ~~three gold~~ document longer.

5. Failure/Denial of Medical care/services while and after detainee attempted Suicide.
6. Failure/Denial of Psychological care/services while and after detainee attempted Suicide.
6.7 Denial ~~of Violation~~ of Due Process Fourteenth Amendment, Violation
8. Fourth Amendment Violations of:
   a. Illegal Search + Seizure
   b. Illegal Violation of Scope of Search Warrant
   c. Illegal arrest/custody
   d. Illegal Confinement
   e. Kidnapping
   f. Illegal taking of Confession
   g. Psychological Coercion
   h. ~~Physical~~ Mental, emotional anguish injury.
   i. Physical, ~~emotional~~ injury
   j. Cruel and Unusual Punishment Eighth Amendment
   k. malicious intent
   l. malicious treatment/unnecessary use of force
   m. Unlawful use of force
   n. Search of Women detainee by male officers.
   o. Pain and Suffering
   p. Worry
   q. Loss of Liberty

R. Loss of Property
S. Loss of Family
T. Loss of Self respect
U. Loss of Sanity
V. Loss of Employment
W. Loss of income
X. Loss of Love
Y. Loss of Frenship
Z. Loss of Wanting to Live.
Za. Bnd. of Bu and HSU serices for her open wound on left wrist, and Suicide attempt

Discriptions of Claims Conditions of Confinement
_____

1. Failure to protect detanee while she Attempted Suicide.
Police officers (John/Jan Does) and Police Officers Morenz al Wicketts where present when plantiff/detanee tried to commit suicide while plantiff/detanee was n Police Holding Cell, 2X, Detectives (John/Jan Does) and Detectives Wenke al Buchanan where present when Plantiff/detanee tried to commit Suicide Plantiff/detanee was n Police Holding Cell, 2X. Plantiff was not searched. Plantiff had warned Morenz al Wicketts that she was going to kill herself.

2. Failure to intervene while detanee Attempted Suicide.
Police officers Morenz al Wicketts were told by plantiff/detanee in the squad car on the way to the Police station that She was going to kill herself. Did nothing to stop her. No crises intervention or Psychological Services offered. Documented in 3. Kanosia Police Reports.

3. Failure to act while Detainee attempted suicide.
All Law enforcement officers that were present at the time Plaintiff was cutting her wrist trying to commit suicide, other than the (John Doe) Detective that took away what I was using to cut my wrist did not intervene or to pull me out and have me searched for other sharp objects in which I could use to cut my wrist again. However no one searched the Plaintiff as she indeed had another object her underwire from her bra, which she used to again cut her wrist trying to commit suicide.

4. Failure/Denial of Medical care/services while and after
5. detainee attempted suicide.
All Law Enforcement officers that were present at the time plaintiff was cutting her wrist and witnessed it and the one who came into the holding cell to take away what the Plaintiff was cutting with did not call Health Services Unit (HSU) Health Care, or Phychological Services Unit (PSU) when they witnessed her cutting her wrist or took away what she was cutting with. They Denied me my Eighth Amendment to Medical care.

6. Denial of Due Process / violation of Plaintiff Fourteenth Amendment. Plaintiff lost her liberty deprivation of Liberty & property

~~3. Failure to act while detained / plantiff attempted suicide~~

7. Fourth Amendment Violations of

a.) Illegal Search and Seizure
Plantiff search warrant stated : TO WIT: ATTEMPTED ARMED ROBBERY and described items to be seized as:
1.) pair of shoes (2) sweatshirt (3) hand gun (4) face Mask. period.
However Detective Buchanan told Police officer Wicketts to also search for evidence of the Burglaries. He looked in all Plantiff personal Papers and inside a folded yellow piece of paper he found a few crumbs of crack cocaine. He also looked inside Plantiff CD Player and found a socket and a clear baggie with some more crack cocaine in it. $30 total.
According to the Fourth amendment clause, officers can not look for evidence of a crime if the item to be seized in that certain thing. ie you can not look for an eliphant in a bread box. Also Det. Buchanan had no authority to tell officer Wickett to look for other evidence not stated in the Search Warrant. Documented in Police Reports

b.) Illegal violation of Scope of Search Warrant.
Officers and Detectives (defendents) are to search for items/evidence listed on the search Warrant. They can not look for evidence not connected to which the Search Warrant was issued for. ie. warrant states = TO WIT: ATTEMPTED ARMED ROBBERY — NOT TO WIT: ATTEMPTED ARMED ROBBERY AND BURGLARY

4

C.) Illegal arrest/custody.
Plantiff was taken into custody at told she was under arrest outside of her residence after the search of her residence. No evidence was found except some sweatshirts that did not meet the description of sweatshirts and the crack cocaine. Detective Buchanan told Plantiff when she stepped out of the police car outside of her residence, that she was under arrest, when Plantiff ask for what. Detective Buchanan told her "he would tell her at the police station" and Plantiff was taken to the police station.

D) Illegal Confinement - Plantiff should never have been taken into custody/arrested on a illegally seized item not mentioned or listed on the search warrant and not in plain view.

E) Kidnapping - Plantiff was taken from her residence without against her will and Plantiff consent to do so, driven to a place she had no business being at and was detained/confined/imprisoned on a illegally seized item not listed on search warrant.

F) Illegal taking of Confession - Fifth Amendment violation
After Plantiff (defendants) had cut her wrist in the holding cell the law Enforcement officers brought her to somewhere to interrogate her. She was taken advantage of/coerced/into because of her psychological/mental instability/suicidal state and the officers coerced a confession from her while psychotical and suicidal violating her Fifth Amendment

G) Psychological Coercion - Plantiff was interrogated using Psychological Coercion while in a hypstericed/suicidal state of mind. Plantiff was not capable of thinking straight or knowing wrong right, up or down

4.) Physical, emotional anguish, injury.
   Mental;
Plaintiff felt severe stress, fear and depression at multiple Psychological stressors. deprivation of liberty was so hyphenated that she did not know what was going on, she was suicidal.

I) Physical Injury-
Plaintiff cut her left wrist 2 times while in Police custody in their P.O. MORENZ AND WICKENS holding cell after she warned the 2 Police officers that she was going to do it. ~~Pulled this incident out of the police reports~~ OK

J.) Cruel and Unusual Punishment. Eighth Amendment Violation Kenosha (defendants) Law Enforcement officers, municipalities, agents and agencies, Departments treated the Plaintiff, as a detainee, ~~cruelly~~ with such serious deprivations "basic human needs listed as liberty, medical care, reasonable safety, al was punished for alleged crimes and as a detainee/arrestee.

It is a violation of multiple constitutional violations — Eighth Amendment, Fourteenth Amendment, Fourth Amendment, First Amendment, Fifth amendment, ~~illegal confusion illegal arrest~~ Subterfuge (defendants) all listed A-Z9 Denial of medical at Psyho success Kidnapping

K.) Malicious ~~treatment~~. "Intent." Law Enforcement officers used "Subterfuge" when they arrested Plaintiff. Plaintiff was rushed by 5 Law Enforcement officers (defendants) when she opened her door. Unnecessary to have to use 5 officers for a woman of 5'4" al 135 lbs- And unknowingly surprised al snuck up on.

L). Malicious treatment."
Plaintiff was rushed by 5 male officers (defendants) when she opened her door for them. She did not react at all, she had her arms twisted behind her back and face. Planted in the wall, that it felt like they were going to break her skull —

5.

M) Unlawful/unnecessary use of force
Kenosha Law Enforcement Officers, Reusselmon, Wicketts, Morenz, Weinke, Buchanan (defendants) had landlord signal to plaintiff to open the downstairs door, she did and was hit by 5 Law Enforcement officers. Twisting pulling her wrists + arms and slamming her face into the entryway wall and holding it there until they placed her in hand cuffs.

N) Search of ~~Detainee~~/~~female~~ Women/detainee? by male officer. Kenosha Police Officer ~~was~~ Wicketts was told by Detective Buchanan to "Search Edith's person" this was done by a male officer without a female officer present.

O) Pain and Suffering -
Plaintiff suffered severe pain while jumped by Kenosha Police Officers when she opened her door. Twisty, pulling, pushing, man handled, accused, assaulted, pain in arms, wrist, hands, head, face, neck as plaintiffs shoulders d side was forced into a wall by officers defendants along with her face

P) Worry:
Plaintiff was worried about how her family was going to react to her having police contact worried about probation violations if any.

Q) Loss of Liberty - Fourteenth Amendment violation Kenosha forcefully confined plaintiff against her will not letting her walk away of her own free will. Kenosha Law Enforcement officers.

R) Loss of Property - Plaintiff, because of the actions of Kenosha Law Enforcement Officers illegal seizure of her person and placement in a holding cell ...... Mental

Illness, when she tried to commit suicide she was placed on Suicide Watch once she got to Kenosha County Jail. Suicide watch was for five days be which she had no contact with family before the landlord emptied her apartment and put her belongings/property on the curb. Plaintiff had some one of a kind records, magazines al Books that were important al expensive. She lost family pictures items of personal favorites with historical memories ad value.

S. Loss of Family -
When Plaintiffs family realized what happened, her family disowned her, children, Sister, Brother cousins, nieces nephews - everyone except her Mother disowned her al still do to this day. Mother has passed in august of 2020.

T. Loss of Self respect -
Plaintiff was so outraged by her arrest (false) her loss of family, liberty, property, Sanity, employment, income, love, friendship that she didn't want to live anymore and decided to commit Suicide in Kenosha Police Dept holding cell 4/28/15.

U. Loss of Sanity
Plaintiff was so overwhelmed, hysterical, suicidal, mentally ill that she lost her sanity al tried to kill herself.

V. Loss of Employment.
Plaintiff was going to start a job the first week of February 2015 at walmart as a Secret Shopper. She lost that job because of Police misconduct

W - Loss of Income.
With the loss of her new Job Plaintiff also lost weekly income at $9.00 in Loan

X) - Loss of Love
Because of this Police Misconduct n the illegal search al Seizure, illegal custody/arrest, illegal confinement/kidnapping she lost the love of her life of 8 years. He left her after her arrest Jan 2015.

Y) Loss of Friendship
Plaintiff lost all friends because of the Misconduct of the Kenosha Police all Detectives, defendants.

Z) Loss of Wanting to live.
Plaintiff had lost all will to live since her arrest. She has tried to cut her wrists and overdose multiple times more than 10 since her arrest al imprisonment at TCI
2a. Denial of HSU + PSU services for her open wound, let me sit in the holding cell bleeding on a Pan, deprived of suicidal,

What all these Claims state is that these allegedly Kenosha Law Enforcement officers are guilty of Malfeasance, Misconduct, Malice, Constitution violations, multiple, and Cruel and Unusual Punishment Personal Injury, Mental + Emotional against injury at least among all the other claims the Plaintiff has presented to your honor.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the forgoing is true and correct.

I. Plaintiff Information

Edith Mae May
454722

TCI
P.O. Box 3100
Fond du Lac, WI
54936

Defendant Information

All defendants live in Wisconsin
Fondulac, WI, Madison, WI

II. Jurisdiction

2. Jurisdiction of this court is invoked pursuant to 28 USC § 1331 in that this is a civil action arising under the Constitution of the United States
3. Jurisdiction of the court is invoked pursuant to 28 USC § 1343 (a)(3) in that this action seeks to redress the deprivations, under color of law, of rights protected/secured by acts of Congress providing for equal rights of persons within the jurisdiction of the United States.

III. Jury Demand.

I would like to trial in front of a Jury. Yes.

IV. Past Case history

1. May v Christian    16 cv 987
2. May v Kellar      16 cv 1150
3. May v Jusky       16 cv 1131
4. May v Tightead    16 cv 1552
5. May v Brown       16 cv 1669
6. May v Bohnlein    18 cv 1452
7. May v Doe         19 cv 1236